IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 04 C 4826 |
| WIL HOLLINS COMPANY, INC., an Illinois corporation; and WILBUR HOLLINS, Individually, | ) ) ) ) ) | Judge Lindberg |

**MEMORANDUM OF JUDGMENT**

On MAR 0 2 2005 ___, ___ 2005, final judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, and against the defendant WILBUR HOLLINS in the amount of $187,075.12.

Hon. George W. Lindberg

JOHN F. ETZKORN
JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312)236-0415